1  William E. Peterson, NV Bar No. 1528
   SNELL & WILMER L.L.P.
2  50 West Liberty Street, Suite 510
   Reno, Nevada 89501
3  Telephone: 775-785-5440
   Facsimile: 775-785-5441
4  Email: wpeterson@swlaw.com

5  *Attorneys for Plaintiff Jacqueline L. Stoever*

6

7

8              UNITED STATES DISTRICT COURT

9                  DISTRICT OF NEVADA

10

11  VINCENT G. DIMAGGIO,

12                Plaintiff,                    Case No.  3:20-cv-00029-RCJ-CLB

13  vs.                                         **STIPULATION AND ORDER TO
                                                VACATE CASE MANAGEMENT
14  JACQUELINE L. STOEVER,                      CONFERENCE PENDING
                                                SETTLEMENT**
15                Defendant.

16

17       Plaintiff Vincent G. Dimaggio and Jacqueline L. Stoever, stipulate and agree that the Case

18  Management Conference scheduled for March 17, 2020 and related deadlines can be vacated as

19  the parties have reached a settlement in this matter.  Additionally, the parties have stipulated and

20  agreed that the Stipulation and Order for Dismissal of this action shall be filed with the court no

21  later than Tuesday, March 31, 2020.

22  //

23  //

24  //

25  //

26  //

27  //

28  //

4844-6609-6812

Dated: March 9, 2020

SNELL & WILMER L.L.P.

ACTION LEGAL TEAM

By: _____

Michael N. Sofris, No. 170018
468 N. Camden Drive, Suite 200
Beverly Hills, California 9210

*Attorneys for Plaintiff*
*Vincent G. Dimaggio*

By: _____

William E. Peterson, Bar No. 1528
50 West Liberty Street, Suite 510
Reno, Nevada 89501

*Attorneys for Defendant*
*Jacqueline L. Stoever*

IT IS SO ORDERED.

_____
U.S. DISTRICT MAGISTRATE JUDGE
DATED: 3/10/2020

4844-6609-6812

- 2 -