William E. Peterson, NV Bar No. 1528
SNELL & WILMER L.L.P.
50 West Liberty Street, Suite 510
Reno, Nevada 89501
Telephone: 775-785-5440
Facsimile: 775-785-5441
Email: wpeterson@swlaw.com

*Attorneys for Defendant Jacqueline L. Stoever*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| VINCENT G. DIMAGGIO,<br><br>    Plaintiff,<br><br>vs.<br><br>JACQUELINE L. STOEVER,<br><br>    Defendant. | Case No. 3:20-cv-00029-RCJ-CLB<br><br>**ORDER FOR DISMISSAL** |

    Plaintiff Vincent G. Dimaggio and Jacqueline L. Stoever, by and through their respective counsel of record, stipulate and agree that this case may and should be dismissed with prejudice.

/ /

/ /

/ /

/ /

/ /

/ /

/ /

/ /

/ /

/ /

4824-1095-1352

| | |
|---|---|
| 1 | It is further stipulated and agreed that each party will bear their own fees and costs. |

Dated: March 30, 2020

ACTION LEGAL TEAM                                   SNELL & WILMER L.L.P.

By: _____                By: */s/ William E. Peterson*
Michael N. Sofris, No. 170018                    William E. Peterson, Bar No. 1528
468 N. Camden Drive, Suite 200                50 West Liberty Street, Suite 510
Beverly Hills, California 9210                     Reno, Nevada 89501

*Attorneys for Plaintiff*                                *Attorneys for Defendant*
*Vincent G. Dimaggio*                              *Jacqueline L. Stoever*

IT IS SO ORDERED.

_____
U.S. DISTRICT COURT JUDGE
DATED: APRIL 6, 2020.